UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TELLIN FONTENOT** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 2020-8** |
| | * | |
| **THE BOARD OF SUPERVISORS OF** | * | **DISTRICT JUDGE:** |
| **LOUISIANA STATE UNIVERSITY** | * | |
| | * | **MAGISTRATE JUDGE:** |
| ************************************* | | |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, State of Louisiana, through the Board of Supervisors of Louisiana State University [hereinafter referred to as LSU] who respectfully petitions this Honorable Court for removal of this action pursuant to 28 U.S.C. §§1331, 1343 and 1443 as follows:

1.

On October 23, 2019, the Plaintiff filed a Petition for Damages in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, under the caption "Tellin Fontenot versus The Board of Supervisors of Louisiana State University, Civil Action No 689708, Section '21/D'." A copy of the Petition for Damages is attached hereto.

2.

Citations were issued to and served on LSU, the Louisiana Attorney General, and the Division of Administration, Office of Risk Management [ORM] as follows:

 a. LSU – Citation issued December 13, 2019; served December 17, 2019;

 b. Attorney General – Citation issued December 11, 2019; served December 19, 2019;

 c. ORM – Citation issued December 13, 2019; served December 19, 2019.

A copy of each Citation is attached hereto. The Defendant received notice of the filing of this lawsuit on December 17, 2019, when LSU was served with the Citation and a copy of the Petition for Damages.

3.

This Notice of Removal is timely under the provisions of 28 U.S.C. §1446(b), as it is filed within 30 days of the Defendant's receipt of notice of the filing of this suit.

4.

The Plaintiff alleges violations of federal law including the Age Discrimination in Employment Act (ADEA). See Paragraph 21 of the Petition for Damages.

5.

Because plaintiff based a cause of action upon alleged violations of federal law, this Honorable Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. §§1331 and 1343. The defendant respectfully requests removal of plaintiff's suit to this Honorable Court pursuant to 28 U.S.C. §1443.

6.

This Honorable Court is the proper venue for this matter, because plaintiffs' claims arose in East Baton Rouge Parish which is in the Middle District of Louisiana.

7.

A copy of this Notice of Removal has been served on the Plaintiff, through her attorney of record, and an additional copy filed with the Clerk of Court of the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, where this case originated.

8.

The undersigned attorney personally checked the electronic docket of the 19th Judicial District Court for the Parish of East Baton Rouge and the Citations and the Petition for Damages, which are attached hereto, are the only pleadings that have been filed into the state court record of this matter.

**WHEREFORE**, Defendant LDH prays that the action, now pending against it in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, Civil Action Number 689708, be removed to the United States District Court for the Middle District of Louisiana.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: *s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER (#29878)**
**ASSISTANT ATTORNEY GENERAL**
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: glazerp@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 6, 2020, the foregoing was electronically filed using the Court's CM/ECF system and that a copy of the foregoing was served on counsel for the Plaintiff by email and U.S. Mail.

*s/Phyllis E. Glazer*
**PHYLLIS E. GLAZER**